# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**KUANG-BAO P. OU-YOUNG,**

    Plaintiff,

vs.

**MARK BUSBY, ET AL.,**

    Defendants.

**Case No.: 4:24-cv-08545-YGR**

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

RE: DKT. NO. 18

**TO PLAINTIFF KUANG-BAO P. OU-YOUNG**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing **no later than April 14, 2024**, why your claims should not be dismissed for failure to prosecute. Defendant filed a motion to dismiss this case on February 18, 2025, and a response was due by March 11, 2025. (Dkt. No. 18.) Failure to timely file a written response to defendants' motion to dismiss shall be deemed an admission that good cause exists to dismiss the case without prejudice and the Court will dismiss this action without further notice.

**IT IS SO ORDERED**.

Date: April 10, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**