**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KUANG-BAO PAUL OU-YOUNG,** | **Case No.:** 4:24-cv-08545-YGR |
| Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| v. | Re: Dkt. No. 28 |
| **MARK B. BUSBY,** | |
| Defendant. | |

On April 10, 2025, the Court issued an Order extending plaintiff Kuang-Bao Paul Ou-Young's time to oppose defendant Mark Busby's motion to dismiss. (Dkt. No. 18.) The Court ordered plaintiff to file an opposition by no later than April 14, 2025, and warned him that failure to do so would result in the dismissal of this lawsuit for failure to prosecute. Plaintiff did not file a response.

Pursuant to the Court's April 10, 2025 Order, this case is **DISMISSED.** The clerk shall close the action.

This terminates Docket Nos. 18 & 19.

**IT IS SO ORDERED**.

Date:   April 21, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**